No. 00–7357. DOE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–7364. RAMON HERNANDEZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 00–7368. BENTLEY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–7372. ELLIS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–7374. NORWOOD *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–7390. CLARK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–7398. DIAZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–7403. FITZGERALD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–7404. HIPPOLYTE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–7416. FORD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–7419. HUNTER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–7428. MUMFORD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–7430. DUTTON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–7433. REED *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–7434. KALU *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–7437. WILLIAMS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–7440. WILLS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.